JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AMANDA HILL, | Case No. EDCV 19-161-GW-SHKx |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| NAVIENT SOLUTIONS, LLC, | |
| Defendant. | |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

    IT IS SO ORDERED.

Dated: December 10, 2019

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE